UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of February, two thousand twenty-two,

_____

| | |
|---|---|
| Andrea K. Tantaros,<br><br>  Petitioner - Appellant,<br><br>v.<br><br>Fox News Network, LLC, William Shine, The Estate of Roger Ailes, Suzanne Scott, Irena Briganti, Dianne Brandi,<br><br>  Respondents - Appellees. | **ORDER**<br>Docket Number: 22-2761 |

_____

A notice of appeal was filed on October 27, 2022. The Appellant's Acknowledgment and Notice of Appearance Form due November 11, 2022 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective February 16, 2023 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

                For The Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court