UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of February, two thousand twenty-two,

_____

Andrea K. Tantaros,

  Petitioner - Appellant,

v.

Fox News Network, LLC, William Shine, The Estate of Roger Ailes, Suzanne Scott, Irena Briganti, Dianne Brandi,

  Respondents - Appellees.

_____

**ORDER**
Docket Number: 22-2761

  A notice of appeal was filed on October 27, 2022. Appellant's Form C and D were due November 08, 2022. The case is deemed in default.

  IT IS HEREBY ORDERED that the appeal will be dismissed effective February 16, 2023 if the forms are not filed by that date.

              For The Court:
              Catherine O'Hagan Wolfe,
              Clerk of Court