UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2761

**Caption [use short title]**

**Motion for:** withdrawal as counsel and for a stay

Set forth below precise, complete statement of relief sought:

a) granting Outten & Golden LLP's motion to withdraw as counsel of record for Plaintiff-Appellant Andrea Tantaros (UNOPPOSED);

b) 60-day stay of the matter (OPPOSED); and

c) stay of all proceedings in this action pending the resolution of this motion (OPPOSED).

Tantaros v. Fox News Network, LLC. et al

**MOVING PARTY:** Andrea Tantaros

**OPPOSING PARTY:** Fox News Network, LLC. et al

[✓] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Cara E. Greene, Outten & Golden LLP

**OPPOSING ATTORNEY:** Paul C. Evans, Baker McKenzie LLP

[name of attorney, with firm, address, phone number and e-mail]

685 Third Avenue, 25th Floor, New York, NY 10017
212-245-1000, ceg@outtengolden.com

452 Fifth Avenue New York, NY 10018
212-626-4100, paul.evans@bakermckenzie.com

**Court- Judge/ Agency appealed from:** Southern District of New York - Hon. Andrew L. Carter, Jr

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[✓] Unopposed  [✓] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[✓] Yes  [ ] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [✓] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [✓] No
Requested return date and explanation of emergency: _____

We respectfully request that the Court grant a stay on or before February 16, 2023, because Petitioner-Appellant's deadline to file appellate Forms C and D is February 16, 2023, and due to withdrawal of her counsel of record, she will need additional time to transition the matter.

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No  If yes, enter date:_____

**Signature of Moving Attorney:**
_Cara E. Greene_  **Date:** 2/15/23   Service by: [✓] CM/ECF  [✓] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

ANDREA TANTAROS,

    Petitioner-Appellant,

-against-

FOX NEWS NETWORK, LLC., WILLIAM SHINE, THE ESTATE OF ROGER AILES, SUZANNE SCOTT, IRENA BRIGANTI, AND DIANNE BRANDI,

    Respondents-Appellees.

Docket #: 22-2761

## DECLARATION OF CARA E. GREENE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL AND FOR A STAY

OUTTEN & GOLDEN LLP
Cara E. Greene
685 Third Avenue, 25th Floor
New York, New York 10017
(212) 245-1000
*Attorneys of record for Petitioner-Appellant Andrea Tantaros*

I, Cara E. Greene, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am an attorney in good standing admitted to practice in the State of New York and a partner in the law firm of Outten & Golden LLP ("O&G" or "the Firm"), counsel of record for Petitioner-Appellant Andrea Tantaros ("Appellant" or "Ms. Tantaros").

2. I make this declaration in support of Motion for Leave to Withdraw as Counsel for Appellant and have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

3. O&G and I respectfully request to withdraw as counsel or record for Ms. Tantaros because Ms. Tantaros never retained the Firm to represent her in this appeal (or any other appeal).[1]

4. All Respondents-Appellees consent to O&G's withdrawal.

5. Additionally, I respectfully request an immediate 60-day stay of the matter. The stay will serve as an extension of time for Ms. Tantaros to submit Form C "Civil appeal pre-argument statement" and Form D "Civil appeal transcript

---

[1] The Firm represented Ms. Tantaros in the underlying action filed in the U.S. Court for the Southern District of New York but, in that action, the Firm and Ms. Tantaros mutually terminated the attorney-client relationship, and the Firm has accordingly been discharged. Although the S.D.N.Y. case was closed on September 30, 2022 by the Judgement of the Clerk (ECF No. 141, 1:19-cv-07131-ALC), the Firm, out of an abundance of caution, filed a motion to withdraw as counsel in that action on November 8, 2022.

information" ("Forms C and D"), currently due on February 16, 2023.

6. As such, I respectfully request that the Court act on or before February 16, 2023. *See* Local Rule 27.1 (c) ("The clerk is authorized to decide routine, unopposed procedural motions.")

7. Under the New York Rules of Professional Conduct, Rule 1.16(b)(3), "a lawyer *shall* withdraw from the representation of a client when...the lawyer is discharged" (emphasis added). Here, Ms. Tantaros has discharged the Firm as her counsel in the underlying S.D.N.Y. action and never retained the Firm to represent her in any appeal. Accordingly, the movant respectfully submits that an Order be granted relieving the Firm as Appellant's attorneys of record. *See Casper v. Lew Lieberbaum & Co.*, 97 Civ. 3016 (JGK) (RLE), 1999 U.S. Dist. LEXIS 7779, at *11 (S.D.N.Y. May 24, 1999) ("[W]hen counsel has been discharged – and agreed to the termination – the order to withdraw should issue except under the most compelling circumstances."); *see also United States v. Zuluaga*, 999 F.2d 716, 719 (2d Cir. 1993) ("A client has an absolute right to terminate the attorney-client relationship and discharge the attorney at any time, with or without cause.")(quoting *520 East 72nd Commercial Corp. v. 520 East 72nd Owners Corp.*, 691 F. Supp. 728, 738 (S.D.N.Y. 1988)).

8. Furthermore, good cause exists for a stay of the matter. Because Ms. Tantaros has never retained the Firm to represent her in this action and discharged

the Firm in the underlying S.D.N.Y. action, the requested 60-day extension of time to file Forms C and D is necessary to allow for an orderly transition of the matter.

9. For the forgoing reasons, the Court should allow the Firm to withdraw as counsel for Plaintiff-Appellant, grant the movant's request for a 60-day stay of this matter, and stay all proceedings in this action pending the resolution of this motion.

Dated: February 14, 2023
New York, New York

Respectfully submitted,

_____
Cara E. Greene
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Phone: (212) 245-1000
Email: ceg@outtengolden.com
*Attorneys of record for Plaintiff-Appellant Andrea Tantaros*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ANDREA TANTAROS,<br><br>    Petitioner-Appellant,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC., WILLIAM SHINE, THE ESTATE OF ROGER AILES, SUZANNE SCOTT, IRENA BRIGANTI, AND DIANNE BRANDI,<br><br>    Respondents-Appellees. | Docket #: 22-2761 |

## DECLARATION OF SERVICE

I, Aliaksandra Ramanenka, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am an attorney in good standing admitted to practice in the courts of the State of New York.

2. I am over the age of 18 and am not a party to this action.

3. On February 15, 2023, I served true and correct copies of Motion Information Statement (Form T-1080) and Declaration of Cara E. Greene in Support of Motion to Withdraw as Counsel and for a Stay (which are filed with this Court contemporaneously with the present Affirmation) upon Andrea Tantaros, Plaintiff-Appellant in the above-captioned matter, via certified mail to her last known address: 245 8th Avenue, Suite 885 New York, NY 10011.

4. In addition, on February 15, 2023, I emailed the same motion papers to Ms. Tantaros' personal email address. Ms. Tantaros requested that we do not disclose her email address.

Dated: New York, New York
       February 15, 2023

OUTTEN & GOLDEN LLP

By: /s/ A. Ramanenka
Aliaksandra Ramanenka
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000