# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of February, two thousand twenty-three.

Before:  William J. Nardini,
              *Circuit Judge.*

_____

Andrea K. Tantaros,

            Petitioner - Appellant,

    v.

Fox News Network, LLC, William Shine, The Estate of Roger Ailes, Suzanne Scott, Irena Briganti, Dianne Brandi,

            Respondents - Appellees.

_____

**ORDER**

Docket No. 22-2761

Cara E. Greene moves to be relieved as counsel for the Appellant, to stay the appeal for 60 days, and to stay proceedings pending disposition of this motion.

IT IS HEREBY ORDERED that the motion to be relieved as counsel is GRANTED.  The motion to stay proceedings pending decision on this motion is DENIED as moot.  The motion to hold this appeal in abeyance for 60 days is DENIED. Attorney Greene is directed to serve a copy of this order upon the Appellant. Any replacement counsel for Appellant must file Forms C and D within 30 days of this order. If Appellant elects to proceed pro se, she must file the Acknowledgment and Notice of Appearance Form and Form D-P within 30 days of this order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court