**MANDATE**

## UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of June, two thousand and twenty-three.

_____

Andrea K. Tantaros,

    Petitioner - Appellant,

v.

Fox News Network, LLC, William Shine, The Estate of Roger Ailes, Suzanne Scott, Irena Briganti, Dianne Brandi,

    Respondents - Appellees.

_____

**ORDER**
Docket Number: 22-2761

A notice of appeal was filed on October 25, 2022. Appellant's Form D-P was due June 8, 2023. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 28, 2023 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/27/2023